UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNES DEUSS,<br><br>        Plaintiff,<br><br>    v.<br><br>NICOLA ANGIE SISO,<br><br>        Defendant. | Case No.  14-cv-00710-YGR   (JSC)<br><br>**ORDER RE: HEARING JULY 31, 2014**<br><br>Re: Dkt. No. 20 |

Defendant's Motion to Quash Subpoenas (Dkt. No. 20) is set for hearing on July 31, 2014 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.  Plaintiff's attorney, Philip Cook, is ordered to personally appear on behalf of Plaintiff.

**IT IS SO ORDERED.**

Dated: July 30, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge