1  Philip E. Cook (State Bar No. 149067)
      pcook@JonesDay.com
2  Sabrina M. Fernandes (State Bar No. 276190)
      sfernandes@JonesDay.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071-2300
5  Telephone:  (213) 489-3939
   Facsimile: (213) 243-2539

6
   Attorneys for Plaintiff
7  JOHANNES DEUSS

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHANNES DEUSS,              | Case No. 4:14-CV-00710-YGR
12 |         Plaintiff,           | Assigned to the Honorable Yvonne Gonzalez-Rogers
13 |     v.                       | ORDER GRANTING **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
14 | NICOLA A. SISO,              |
15 |         Defendant.           | Complaint filed:  February 14, 2014

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Johannes Deuss voluntarily dismisses, without prejudice, the above-entitled action against Defendant Nicola A. Siso.  This Notice of Dismissal is being filed with the Court before service by the Defendant of either an answer or a motion for summary judgment.

Dated:  August 11, 2014

Respectfully submitted,

JONES DAY

By: */s/ Philip E. Cook*
       Philip E. Cook

Counsel for Plaintiff
JOHANNES DEUSS

LAI-3220681v1

## ORDER

Based upon the foregoing notice of voluntary dismissal, the instant action is hereby DISMISSED.

DATED: August 13, 2014

YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE