1
2
3
4                      UNITED STATES DISTRICT COURT
5                     NORTHERN DISTRICT OF CALIFORNIA
6
7   JOHANNES DEUSS,                            Case No.  14-cv-00710-YGR   (JSC)
8            Plaintiff,
         v.
9   NICOLA ANGIE SISO,                         **ORDER RE: SUPPLEMENTAL
                                               BRIEFING ON ORDER GRANTING
10           Defendant.                        MOTION TO QUASH**
11                                             Re: Dkt. Nos. 45-48
12
13       On August 29, 2014, the Court granted Defendant's motion to quash and for sanctions

14   because Plaintiff's counsel had served subpoenas seeking highly confidential and personal

15   information in violation of Federal Rules of Civil Procedure 26 and 45.  (Dkt. No. 43.)  Plaintiff

16   was ordered to submit a written certification regarding the destruction of documents produced in

17   response to the improper subpoenas and Defendant was ordered to provide supplemental

18   information regarding the fees and costs awarded as a sanction for Plaintiff's discovery violations.

19   The Court has received the parties' supplemental filings and is satisfied that all documents have

20   now been destroyed.  (Dkt. No. 45, 47 & 48.)  Based on Plaintiff's counsel's representation that it

21   will pay Defendant the full amount of fees and costs sought, no further order of the Court is

22   required on this matter.  (Dkt. No. 48 at 2:22-3:2.)

23
24       **IT IS SO ORDERED.**
25
26   Dated:  September 12, 2014
27                                             _____
                                               JACQUELINE SCOTT CORLEY
28                                             United States Magistrate Judge