UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNES DEUSS,<br><br>       Plaintiff,<br><br>   v.<br><br>NICOLA ANGIE SISO,<br><br>       Defendant. | Case No.  14-cv-00710-YGR   (JSC)<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING ON ORDER GRANTING MOTION TO QUASH**<br><br>Re: Dkt. Nos. 45-48 |

On August 29, 2014, the Court granted Defendant's motion to quash and for sanctions because Plaintiff's counsel had served subpoenas seeking highly confidential and personal information in violation of Federal Rules of Civil Procedure 26 and 45.  (Dkt. No. 43.)  Plaintiff was ordered to submit a written certification regarding the destruction of documents produced in response to the improper subpoenas and Defendant was ordered to provide supplemental information regarding the fees and costs awarded as a sanction for Plaintiff's discovery violations.  The Court has received the parties' supplemental filings and is satisfied that all documents have now been destroyed.  (Dkt. No. 45, 47 & 48.)  Based on Plaintiff's counsel's representation that it will pay Defendant the full amount of fees and costs sought, no further order of the Court is required on this matter.  (Dkt. No. 48 at 2:22-3:2.)

**IT IS SO ORDERED.**

Dated:  September 12, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge